1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  PETER C. BENEDITH,                                    Case No. 17-cv-05896-JST

8                          Plaintiff,

9             v.                                         **ORDER DISMISSING CASE**

                                                         Re: ECF No. 30, 31

10  CASE WESTERN RESERVE
    UNIVERSITY, et al.,

11                         Defendants.

12

13        In its January 31, 2018 orders dismissing all claims against Defendants Best Buy Stores

14  L.P. and Case Western Reserve University, the Court instructed that Peter C. Benedith "file an

15  amended complaint within 21 days of this order that addresses the deficiencies identified herein.  If he

16  does not file an amended complaint, the Court will assume that Benedith has abandoned the case."

17  ECF No. 30 at 3; 31 at 4.  Benedith has not filed an amended complaint within 21 days of the issuance

18  of those orders.  The case is accordingly dismissed with prejudice.  The clerk shall enter judgment.

19        **IT IS SO ORDERED.**

20  Dated:  February 23, 2018

21                                                       _____
                                                         JON S. TIGAR
22                                                       United States District Judge

23
24
25
26
27
28